■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM F. POWERS, Appellant. (Appeal No. 2.) [732 NYS2d 189] —Judgment affirmed.

All concur except Green, J. P., who dissents and votes to reverse in the same dissenting Memorandum as in *People v Powers* (288 AD2d 861 [decided herewith]). (Appeal from Judgment of Ontario County Court, Harvey, J.—Rape, 3rd Degree.) Present—Green, J. P., Hayes, Wisner, Scudder and Kehoe, JJ.